UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE,<br><br>    Petitioner,<br><br>    v.<br><br>,<br><br>    Respondent. | Case No. 18-cv-07009-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4 |

Petitioner, a state prisoner, filed an incomplete habeas petition and did not pay the filing fee or submit a completed application to proceed in forma pauperis ("IFP"). On two occasions he was sent a notice that he had not paid the filing fee or applied for leave to proceed IFP; and he was allowed twenty-eight days to either pay the fee or file the completed application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. He was also informed that he must file a proper habeas petition.

The twenty-eight days has passed, and petitioner has not filed a completed application to proceed IFP, paid the filing fee, filed a proper petition or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice and the incomplete motion to proceed IFP (Docket No. 4) is **DENIED**. A certificate of appealability is **DENIED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2019

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE,<br><br>        Plaintiff,<br><br>    v.<br><br>,<br><br>        Defendant. | Case No. 18-cv-07009-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney A. Lane ID: BG 1303
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: February 12, 2019

Susan Y. Soong
Clerk, United States District Court

By: *Kelly Collins*
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON